UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/09/2024

FRAIDEL FRIED,

                              Plaintiff,

        -against-

JPMORGAN CHASE BANK, *et al.*,

                              Defendants.

23-cv-3115 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

The Court having been advised that all claims asserted herein have been settled, it is

ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within sixty (60) days of the date hereof. Further, the telephonic status conference scheduled for May 15, 2024 at 10am is adjourned, *sine die*.

The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next 60 days with a request that the agreement be "so ordered" by the Court.

Dated:   May 9, 2024
         White Plains, New York

SO ORDERED:

_____
      NELSON S. ROMÁN
   United States District Judge